UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARKANSAS ENERGY SERVICES, INC.**  PLAINTIFF

vs.   CIVIL ACTION NO. 4:06-CV- 1573 GTE

**HARRIS MANUFACTURING, INC. and**
**LIGHTING LOGIC, LLC**  DEFENDANTS

ORDER OF DISMISSAL

Pending before the Court is the Joint Motion to Dismiss, advising the Court that this case should be dismissed.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 17th day of April, 2007.

_____
Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE